FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. §2241

IN THE UNITED STATES DISTRICT COURT

FOR THE

John Lock #04980-027
Petitioner

FMC Devens
Po Box 879
Ayer, MA 01432
(Full name under which you were convicted; Prison Number; Full Mailing Address).

04 10157 JLT

MAGISTRATE JUDGE Collings

CIVIL ACTION NO._____

VS.

Warden David L. Winn
Respondent(s)

FMC Devens
Po Box 800
Ayer, MA 01432
(Name of Warden or other authorized person having custody of Petitioner).

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (check appropriate blank)

✓ A conviction
✓ A sentence (CAUTION: If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
___ Jail or prison conditions
___ Prison discipline issue
___ A parole problem
___ Other. State briefly: _____

2. Place of detention: FMC Devens, Po Box 879 Ayer, MA 01432

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

__X__ Yes     _____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: United States District Court For The Northern District of Indiana (Hammond Division)

b. Nature of proceeding: Judgement in a Civil Case filed 3-15-99 2:99CV0074JM

c. Grounds raised: Ineffective assistance of Counsel, Government Violated Plea agreement, plea agreement not knowingly, voluntary, or intelligently made, actual Innocense

d. Result: Dismissed with prejudice and without an evidentiary hearing Decission was made by the District Court

e. Date of result: Entered December 2, 1999

f. Citation or number of any written opinion or order entered pursuant to each such disposition: Case No. 2:99CV74JM (2:96CR85)

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
1. On Feduary 26, 1998 at sentencing I told my attorney I want to appeal and he did not do as I asked instead sent me a letter. see attached letter dated March 17, 1998 from attorney. And I do not have the training nor any kind of assistance in preparing the 2255 motion because of the charges

5. Does counsel presently represent you? _____ Yes __X__ No

If so, Name address and phone number of counsel: N/A

6. Name and location of court, which imposed sentence: United States District Court For the Northern District of Indiana (Hammond Division) 507 State Street, Hammond, Indiana 46320

2

7. Indictment or case number, if known: 2:96-Cr-85

8. Offense or Offenses for which sentence was imposed: 18:2251, 18:2423

9. Date upon which sentence was imposed and the term of the sentence: Febuary 26th 1998 30 years Consecutive

10. When was a finding of guilt made? (Check one)

    __X__ After a plea of guilty

    _____ After a plea of not guilty

    _____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

    _N/A_ A jury

    _N/A_ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? ____ Yes _X_ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _____

b. Result: _____

c. Date of result: _____

d. Citation or number of opinion: _____

e. Grounds raised: (List each one) Please see attached letter dated March 17, 1998 from Attorney Gary S Germann

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: Violation of Ex Post Facto clause, Attorney breach of duties, _____ agreement, Attorney/client Conflict of intrest, ineffective assistance of Couns Plea agreement not Knowingly, Intelligently and voluntary made

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

I was arrested in October 1996. The government used the 1997 guideline manual which became effective November 1st, and used this new guideline to modify my plea because the penalty was changed in 18:2251. The 1996 version stated a possible penalty of incarceration _____ (10) ten years. The November 1, 1997 stated a possible penalty of incarceration _____ (20) twenty years with a mandatory minimum sentence of ten years filed November ___ 1997 ____ plea and ____ request to amend Plea agreement

b. Ground Two:
Actual Innocents
Defective indictment should have been charged in Chicago

Supporting Facts: I was arrested and charged in North Judson Indiana, James W Synder Co-defendant was arrested in LaGrange Illinois. The same charges were dismissed and was recharged in Chicago, Illinois with producing, receiving and distributing Child pron with intent to sell and obstruction of justice according to U.S. V. James W. Synder 189 F.3d 640 and was found guilty by a jury and sentenced to 12 years. all evidence was found at James W. Synder's home in LaGrange Illinois. I dont know the date when the charges where dismissed in Indiana or the date when Synder was recharged in Chicago. Only crime in Indiana was Transportation of minor Please see Indictment and superceding Indictment. 18:2423

Ground Three:
Attorney's failure to investigate case, Brady violation, Prosecution knowingly gave false and misleading information to obtain enhancements

Supporting Facts: The government said that after I gave the victim excessive amounts of alcohol and marijuana, then took the victim to Illinois. If my attorney would have investigated this he would have known that a alcohol and drug screen were done and came back negative on both. In neither of the victims (Eric Carter's) statements was said anything about weapons and one was used as evidence in Synder's trial If my attorney would have investigated and not relied on the goverments version the outcome would have been different and not rushed into a one sided Plea agreement.
Please see attached medical lab report of Eric Carter (victim)

4

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following: N/A

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____ No  N/A

(1) If your answer to "a" above is yes, what was the result? N/A _____

(2) If your answer to "a" above is no, explain: N/A _____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____ No  N/A

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken: N/A

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

5

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the court to reopen my case, grant all Constitutional rights. Allow me to refile a 28 U.S.C. 2255 motion. Appoint Counsel to help in filing motions, And the chance to prove my actual Innocents to the Court and or jury, and to withdraw plea agreement

Signed on this the 20 day of January, 2004.

_John Fleck_
Signature of petitioner

I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.

Executed on: 20 January, 2004.

_John Fleck_
Signature of petitioner