IN THE UNITED STATES DISTRICT COURT
FOR THE District of MA

FILED
CLERKS OFFICE
2004 JAN 22 P 12:58
DISTRICT COURT
OF MASS.

STATEMENT IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS*

UNITED STATES OF AMERICA

vs.

John Lock
(Movant)

I, John Lock, declare under the penalty of perjury, that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fee costs or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I believe I am entitled to relief.

1. Are you presently employed? Yes ( )   No (X)
   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. May 2002 Unicor 40.00 after payment for fine

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?        Yes ( )   No (X)
   b. Rent payments, interest or dividends?                    Yes ( )   No (X)
   c. Pensions, annuities or life insurance payments?          Yes ( )   No (X)
   d. Gifts or inheritances?                                   Yes ( )   No (X)
   e. Any other sources?                                       Yes (X)   No ( )

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. My Aunt Sends or Gram Sends $30.00 some times

3. Do you own cash, or do you have money in a checking or savings account?   Yes ( )   No (X)   (Include any funds in prison accounts).

   If the answer is "yes", state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( )   No (X)

   If the answer is "yes", describe the property and state its approximate value: _____

—8—

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_None_

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _1-20-04_
(Date)

_John Lick_
(Petitioner's Signature)

### CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _50 Cents_ on account to his credit at the _Federal Medical Center - Devens_ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _Eleven Cents telephone Credit._ institution: _FMC Devens, P.O. Box 879, Ayer, MA. 01432_

Past six months Deposits: 132.60/100   Past 6 months withdrawals: 137.03/100
See attached three page account statement.

_[signature]_
Authorized Officer of Institution

28 USCA s 2255                                                                                              Page

exercise of due diligence.

Except as provided in section 408 of the Controlled Substances Act, in all proceedings brought under this sectio and any subsequent proceedings on review, the court may appoint counsel, except as provided by a ru promulgated by the Supreme Court pursuant to statutory authority. Appointment of counsel under this secti shall be governed by section 3006A of title 18.

A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate cou of appeals to contain--

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficier to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty o the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

CREDIT(S)

1994 Main Volume

(June 25, 1948, c. 646, 62 Stat. 967; May 24, 1949, c. 139, § 114, 63 Stat. 105.)

1998 Electronic Update

(As amended Apr. 24, 1996, Pub.L. 104-132, Title I, § 105, 110 Stat. 1220.)

<General Materials (GM) - References, Annotations, or Tables>

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 04980027 | Current Institution: | Devens FMC |
| Inmate Name: | LOCK, JOHN | Housing Unit: | N UNIT |
| Report Date: | 01/20/2004 | Living Quarters: | N02-222L |
| Report Time: | 9:44:00 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0448 |
| FRP Participation Status: | Participating |
| Arrived From: | SCH |
| Transferred To: | |
| Account Creation Date: | 5/14/2002 |
| Local Account Activation Date: | 9/11/2003 5:23:51 AM |
| Sort Codes: | |
| Last Account Update: | 1/1/2004 3:05:03 AM |
| Account Status: | Active |
| ITS Balance: | $0.11 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | N.A. |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.30 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.30 |
| National 6 Months Deposits: | $132.60 |
| National 6 Months Withdrawals: | $139.08 |
| National 6 Months Avg Daily Balance: | $1.84 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.30 |

http://140.1.9.16/InmateInquiryCombined.asp

1/20/04

Inmate Qualifies for OTC Medication
This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $57.47
Last Sales Date: 12/18/2003 5:53:03 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $340.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $340.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date:
Restriction End Date:

### Item Restrictions

List Name   List Type   Start Date   End Date   Userid   Active

## Comments

Comments: