```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

JOHN LOCK,                        )
          Petitioner,             )
                                  )   Civil Action No. 04-40013-JLT
     v.                           )
                                  )
WARDEN DAVID WINN,                )
          Respondent.             )
```

MEMORANDUM AND ORDER

On January 22, 2004, John Lock, an inmate at F.M.C. Devens, filed a Section 2241 petition accompanied by a statement in support of request to proceed in forma pauperis. For the reasons stated below, the Court (1) grants petitioner forty-two (42) days to either file an Application to Proceed Without Prepayment of Fees or pay the $5.00 filing fee; (2) directs the clerk to serve the petition.

DISCUSSION

I.  Petitioner Has Not Paid the Requisite
    Filing Fee Or Submitted An Application
    to Proceed Without Prepayment of the Fees

A party filing an action in this Court must either (1) pay the $5.00 filing fee for habeas corpus actions or (2) file an application to proceed without prepayment of fees on the form required by this Court entitled "Application to Proceed Without Prepayment of Fees and Affidavit" (the "Application"). See Fee Schedule for the District of Massachusetts; 28 U.S.C. § 1914(a) (fees); 28 U.S.C. § 1915 (proceedings in forma

pauperis).

Although petitioner filed a statement in support of request to proceed in forma pauperis, no request to proceed in forma pauperis accompanied the statement or the petition.

Petitioner will be granted forty-two (42) days from the date of this Memorandum and Order, to pay the $5.00 filing fee or file an Application to Proceed Without Prepayment of Fees and Affidavit.  Should such filing fee or application not be filed within 42 days, the petition will be subject to dismissal without prejudice for failure to pay the filing fee.

II.   The Clerk Shall Serve the Petition

The Court will direct the Clerk to serve the petition on (1) Warden Winn and the United States Attorney for the District of Massachusetts.

ORDER

ACCORDINGLY, for the reasons stated above,

(1) the petitioner shall, within forty-two (42) days from the date of this Memorandum and Order, either pay the $5.00 filing fee or file an Application to Proceed Without Prepayment of Fees.  The Clerk shall send petitioner with this Memorandum and Order an Application to Proceed Without Prepayment of Fees.

(2) the Clerk shall serve a copy of this Memorandum and

Order and the habeas petition by mailing copies, certified mail, to Warden Winn; AND the United States Attorney for the District of Massachusetts.

    (4) the Respondent shall, within 20 days of receipt of this Memorandum and Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>2nd</u> day of <u>February</u> 2004.

                              <u>/s Joseph L. Tauro</u>
                              JOSEPH L. TAURO
                              UNITED STATES DISTRICT JUDGE