United States District Court For
The District of Massachusetts

FILED
CLERKS OFFICE
2004 FEB 10 P 12 22
US DISTRICT COURT
DIST OF MASS

John Lock ProSE
    Petitioner

vs

David L Winn
Warden FMC Devens, Respondent

Docket Number Not Issued
by the Court

MOTION BY THE PROSE PETITIONER TO WITHDRAW

THE PROSE HABEAS CORPUS APPLICATION FILED

UNDER 28 U.S.C. 2241, DATED JANUARY 26, 2004

PLEASE WITHDRAW THE FILING

February 5, 2004    by

Respectfully Submitted
John Lock ProSe Petitioner
John Lock
04980-027
FMC Devens
PO Box 879
Ayer, MA
    01432