UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN LOCK,                          )
        Petitioner,                 )
                                    )   Civil Action No. 04-40013-JLT
        v.                          )
                                    )
WARDEN DAVID WINN,                  )
        Respondent.                 )

## MEMORANDUM AND ORDER

For the reasons set forth below, the Court will grant petitioner's motion to withdraw (Docket No. 4) and will dismiss this action without prejudice.

## BACKGROUND

On January 22, 2004, John Lock, an inmate at F.M.C. Devens, filed a Section 2241 petition accompanied by a statement in support of request to proceed in forma pauperis. By Order dated February 9, 2004, the Court (1) granted petitioner forty-two (42) days to either file an Application to Proceed Without Prepayment of Fees or pay the $5.00 filing fee; and (2) directed the clerk to serve the petition. See 2/9/04 Order, Docket No. 3.

On February 10, 2004, petitioner filed his one-page motion seeking to withdraw his habeas petition. See Motion to Withdraw the Pro Se Habeas Corpus Application, Docket No. 4. Petitioner does not explain the basis for the motion. Id.

## DISCUSSION

Under Rule 41(a)(1), a plaintiff can voluntarily dismiss an action without order of the court by filing either a notice of dismissal before the defendant files an answer, or a stipulation of dismissal signed by all parties. Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) provides that:

> an action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.

Fed. R. Civ. P. 41(a)(1).

The Court's records indicate that the petition was served by the clerk on February 9, 2004, the day before petitioner filed his motion. No answer or responsive pleading has been filed by the respondent. Because petitioner is seeking to withdraw this action at such an early stage in the proceedings, this action may be dismissed by petitioner without order of the court.

### ORDER

For the foregoing reasons, it is ORDERED:

1. Petitioner's Motion to Withdraw The Pro Se Habeas Corpus Application is GRANTED.

2. The Clerk is directed to enter forthwith as a separate document a Final Judgment as follows:

    This civil action is DISMISSED without prejudice.

SO ORDERED.

```
Dated at Boston, Massachusetts, this 12th day of February
2004.


                                     /s Joseph L. Tauro
                                    JOSEPH L. TAURO
                                    UNITED STATES DISTRICT JUDGE
```