UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN LOCK, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 04-40013-JLT |
| | * | |
| | * | |
| DAVID L. WINN, | * | |
| | * | |
| Respondent. | * | |

ORDER

March 22, 2004

TAURO, J.

Because this court granted Motion by Pro-se Petitioner to Withdraw the Pro-se Habeas Corpus Application Filed Under 28 U.S.C. § 2241, Dated January 20, 2004 [#4], the court hereby orders that:

1. Petitioner's Application to Proceed Without Prepayment of Fees and Affidavit [#5] is DENIED AS MOOT; and

2. Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Under Title 28, U.S.C. § 2241 [#7] is DENIED AS MOOT.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                              United States District Judge